UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**<br>1101 K Street, NW, Suite 201<br>Washington, D.C. 20005<br><br>             Plaintiff,<br><br>      v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br><br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br><br>             Defendant. | Civ. Action No. 1:19-cv-03626 (DLF) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The United States Department of Justice ("DOJ"), by and through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), to enter summary judgment in DOJ's favor on all claims in this Freedom of Information Act ("FOIA") case.  This motion is supported by the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment; Statement of Material Facts as to Which There Is No Genuine Dispute; and the Declarations of Kara Christenson and Richard M. Winter of the Federal Bureau of Prisons (with accompanying exhibits) and Vanessa R. Brinkmann of DOJ's Office of Information Policy.  A proposed Order is also attached.

Dated:  November 6, 2020               Respectfully submitted,

                                       JEFFREY BOSSERT CLARK
                                       Acting Assistant Attorney General

                                       ELIZABETH J. SHAPIRO
                                       Deputy Director, Federal Programs Branch

                                       /s/ Jonathan D. Kossak

                                       JONATHAN D. KOSSAK
                                       Trial Attorney (DC Bar # 991478)
                                       U.S. Dep't. of Justice, Federal Programs Branch
                                       1100 L Street, NW
                                       Washington, D.C. 20005
                                       Tel. (202) 305-0612; Fax. (202) 616-8460
                                       Email:  jonathan.kossak@usdoj.gov


                                       *Counsel for Defendant, U.S. Department of Justice*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion for Summary Judgment with the Clerk of the Court through the ECF system on November 6, 2020. This system provided a copy to and effected service of this document on all parties.

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch