UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**<br>1101 K Street, NW, Suite 201<br>Washington, D.C. 20005<br><br>        Plaintiff,<br><br>        v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br><br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br><br>        Defendant. | Civ. Action No. 1:19-cv-03626 (DLF) |

## [PROPOSED] ORDER

In consideration of Defendant's Motion for Summary Judgment, and the existing record, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that judgment is entered for Defendant in the above-captioned case.

_____                                        _____
Date                                                                U.S. DISTRICT COURT JUDGE