IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF JUSTICE )<br><br>Defendant. ) | Civ. Action No. 1:19-cv-03626 (DLF) |

### DECLARATION OF JESSICA A. LUTKENHAUS

I, Jessica A. Lutkenhaus, hereby declare and state as follows:

1. I am a senior associate at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and an attorney for Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") in this matter. I am admitted to practice before this court.

2. I submit this declaration in support of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Freedom of Information Act ("FOIA") request that CREW submitted to the Federal Bureau of Prisons ("BOP") on August 8, 2019.

4. Attached hereto as Exhibit 2 is a true and correct copy of the appeal that CREW submitted to BOP on October 10, 2019, regarding CREW's FOIA request.

5. Attached hereto as Exhibit 3 is a true and correct copy of the letter from Richard M. Winter (BOP) to Lauren White (CREW) dated September 11, 2020.

6. Attached hereto as Exhibit 4 is a true and correct copy of the letter from Richard M.

1

Winter (BOP) to Lauren White (CREW) dated November 6, 2020.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2020

                                                  */s/ Jessica A. Lutkenhaus*

                                                  Jessica A. Lutkenhaus