# EXHIBIT 3



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*North Central Region*
*North Central Regional Office*
*Kansas City, KS  66101*

September 11, 2020

Lauren White
Citizens for Responsibility and Ethics in Washington
1101 K Street, N.W., Suite 201
Washington, DC  20005

Re: <u>CREW v. U.S. Department of Justice, et al.</u>
    Civil No. 1:19-cv-03626 (DLF)
    FOIA Request No. 2019-05579

Dear Ms. White,

BOP has conducted a careful review of records previously withheld from release in the above-captioned case.  After our review, we have determined 2 pages are appropriate for release in full and 43 pages are appropriate for release in part. Copies of these records are attached hereto.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the records were redacted under the following exemptions:

**(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential;

**(b)(5)** - concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege;

**(b)(6)** - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

**(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceeding;

**(b)(7)(C)** - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

**(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions;

**(b)(7)(F)** - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

Sincerely,

*Kara Christenson*
for

Richard M. Winter
Regional Counsel

Encl.