# EXHIBIT 4

Case 1:19-cv-03626-DLF   Document 19-6   Filed 12/23/20   Page 2 of 2



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*North Central Region*
*North Central Regional Office*
*Kansas City, KS  66101*

November 6, 2020

Lauren White
Citizens for Responsibility and Ethics in Washington
1101 K Street, N.W., Suite 201
Washington, DC  20005

Re: <u>CREW v. U.S. Department of Justice, et al.</u>
   Civil No. 1:19-cv-03626 (DLF)
   FOIA Request No. 2019-05579

Dear Ms. White,

After conducting a second review of all responsive email records, we have made a final determination that 1095 email records are responsive to the above captioned case.  Of those 1095 records, 848 were determined to be duplicative.  Of the remaining record, 32 records are appropriate for release in full; 153 records are appropriate for release in part; and 62 records must be withheld in their entirety. Copies of non-duplicative, releasable records are attached hereto. Duplicative records were assigned record numbers, but were not produced, unless they appeared on the same page as releasable records.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, information was redacted and/or withheld from the responsive records under the following exemptions:

**(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential;

**(b)(5)** - concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege;

**(b)(6)** - concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

**(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceeding;

**(b)(7)(C)** - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

**(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions;

**(b)(7)(F)** - concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

Sincerely,

*[signature: for Kara Christenson]*

Richard M. Winter
Regional Counsel
Encl.