# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5276** | **September Term, 2022** |
| | 1:19-cv-03626-DLF |
| | Filed On: March 27, 2023 [1991917] |

Citizens for Responsibility and Ethics in Washington,

        Appellant

    v.

United States Department of Justice,

        Appellee

### M A N D A T E

In accordance with the judgment of January 31, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    FOR THE COURT:
                                                    Mark J. Langer, Clerk

                                BY:    /s/
                                                      Daniel J. Reidy
                                                      Deputy Clerk

Link to the judgment filed January 31, 2023