UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 19-3626 (DLF) |

## JOINT STATUS REPORT

Plaintiff, Citizens for Responsibility and Ethics in Washington, and Defendant, the United States Department of Justice, respectfully submit this joint proposed schedule pursuant to the Court's minute order dated April 4, 2023. The parties have conferred and are agreed on the following proposed schedule for renewed cross-motions for summary judgment following the remand from the District of Columbia Circuit:

June 12, 2023: Defendant's motion for summary judgment

July 21, 2023: Plaintiff's opposition and cross-motion

August 11, 2023: Defendant's reply and opposition

August 29, 2023: Plaintiff's reply

The parties also agree that the Court's order for Plaintiff to file a motion for attorneys' fees within 30 days of the D.C. Circuit's mandate should be vacated and that Plaintiff should be ordered to file any motion for attorneys' fees within 30 days of the Court's decision on the cross-motions for summary judgment.

\* \* \*

| | |
|---|---|
| Respectfully submitted, | Dated: April 12, 2023 |
| /s/ *Colleen M. Campbell* | BRIAN M. BOYNTON |
| Colleen M. Campbell* (CA#00062)* | Principal Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 1225 Seventh Street, Suite 2600 | ELIZABETH J. SHAPIRO |
| Denver, Colorado 80202 | Deputy Branch Director |
| Tel.: (202) 663-6197 | |
| colleen.campbell@wilmerhale.com | /s/ *Johnny Walker* |
| | JOHNNY H. WALKER (D.C. Bar #991325) |
| | Trial Attorney |
| * Practice in Colorado temporarily authorized pending admission under C.R.C.P. 205.6 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW, Rm. 12304 |
| Nikhel S. Sus (D.C. Bar No. 1017937) | Washington, D.C. 20530 |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | Tel.: (202) 514-3183 / Fax: (202) 616-8460 |
| | johnny.h.walker@usdoj.gov |
| 1331 F. St. NW, Suite 900 | |
| Washington, D.C. 20004 | *Counsel for Defendant* |
| Tel.: (202) 408-5565 | |
| Fax: (202) 588-5020 | |
| nsus@citizensforethics.org | |