UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR ETHICS AND RESPONSIBILITY IN WASHINGTON, <br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> *Defendant.* | Civil Action No. 19-3626 (DLF) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant respectfully moves for summary judgment. Two issues remain in this Freedom of Information Act ("FOIA") case: (1) whether the names of contractors involved in supplying execution drugs constitute "commercial" information, and (2) whether certain contract terms would reveal information that is "confidential." As explained in the accompanying brief, the answer to both questions is "yes," and the Court should enter judgment for Defendant.

Dated: July 21, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Cassandra M. Snyder
CASSANDRA M. SNYDER (DC #1671667)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*