UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR ETHICS AND RESPONSIBILITY IN WASHINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 19-3626 (DLF) |

## **PROPOSED ORDER**

Upon consideration of Defendant's motion for summary judgment, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that JUDGMENT shall be entered in favor of Defendant and against the Plaintiff.

This is a final and appealable order.

It is SO ORDERED.

Dated: _____

_____
DABNEY L. FRIEDRICH
United States District Judge