# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Civil Action No. 19-3626 (DLF) |

### **DECLARATION OF** ▇▇▇▇▇▇▇▇.

I hereby declare as follows:

1. My name is ▇▇▇▇▇▇. I am employed by ▇▇▇▇▇▇▇▇ as ▇▇▇▇▇▇▇▇▇▇. I have held this position since ▇▇▇▇. In this role, I am responsible for the daily operations, and both the long and short term strategic vision of the Company, including sales, marketing. operations, quality and regulatory affairs.  I have personal knowledge of the statements in this Declaration, and if asked to do so could competently testify about the same.

2. ▇▇▇▇ is a for-profit corporation, incorporated in the ▇▇▇▇▇▇, with its principal place of business in ▇▇▇▇▇▇▇▇ is a U.S. Food and Drug Administration (FDA) and Drug Enforcement Agency (DEA) registered ▇▇▇▇▇▇ accredited laboratory that was founded in ▇▇▇▇.

3. ▇▇▇▇ provides analytical chemistry and microbiological testing, consultation services, and other technical services for pharmacies, highly regulated industries, and research organizations located throughout the United States to support their compliance needs. ▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4. ▇▇▇ also engages in limited proprietary and commercial activity with the government on an ad hoc basis. The activity includes laboratory testing, and the provision of testing results, specifically, release testing that assists with determining the safety of the tested product. This commercial activity is proprietary and confidential, and I understand that, if the company's name were not redacted from the records at issue in this case, this commercial activity would be disclosed. Specifically, disclosure of the company's name would disclose that the company is engaged in the testing of certain drug products including pentobarbital. At the time of testing, the Company had (and typically has) no personal knowledge of the purposes for which the products tested would or will be used. Had such a possibility of public disclosure been known to ▇▇▇ was asked to perform such testing services, ▇▇▇ would have refused to perform the services requested.

5. The company conducts all of its commercial activities exclusively under the name ▇▇▇ I have been informed and understand that the Bureau of Prisons redacted this name from the records that it released to the Plaintiff in this case.

6. I also understand that ▇▇▇ has three trademarks registered with the U.S. Patent and Trademark Office since 2020, including the following: ▇▇▇

7. I firmly believe there is an incalculable commercial value associated with ▇▇▇ name. The Company takes great pride in the testing services it provides, and believes it provides the highest quality services, ethical services, and value to its customers, who are located throughout the United States.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2023