# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Civil Action No. 19-3626 (DLF) |

### DECLARATION OF ███

I hereby declare as follows:

1. My name is ███ I was employed by ███ which does business under the trade name ███ ███ I oversaw operations at ███ compounding pharmacy in ███ The facility was licensed as a sterile compounding pharmacy, and it was registered with the FDA as a 503B outsourcing facility. As a 503B outsource facility, we supplied the Bureau of Prisons with pentobarbital.

2. It is my understanding that the Bureau of Prisons would protect the identity of ███ and its employees) as a supplier of pentobarbital from public disclosure. It is also my understanding that the Bureau of Prisons would treat the location of ███ compound pharmacy as confidential information.

3. ███████████████ is a for-profit corporation duly incorporated under the laws of ████ t is headquartered ███████████████ has or had licensed pharmacies in other states, such ███████████████ ███████████████

4. ███████████████ also engaged in commercial activity with the federal government. In ███████████████ entered into an agreement with the Federal Bureau of Prisons, North Central Regional Office to provide compounding, testing, storage, and disposal of pentobarbital sodium, which would be used for lethal injections.

5. ███████████████ conducts all of its commercial activities exclusively under the trade name ████████ I understand that the Bureau of Prisons was supposed to redact this name from the records that it released to the Plaintiff in this case.

6. ███████████████ has spent more than a decade expanding its pharmaceutical services and investing in the company's brand and reputation.

7. On ███████████████
███████████████

I declare under penalty of perjury that the foregoing is true and correct.



Executed on June 29, 2023.