UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR ETHICS AND RESPONSIBILITY IN WASHINGTON, *Plaintiff,* v. U.S. DEPARTMENT OF JUSTICE, *Defendant.* | Civil Action No. 19-3626 (DLF) |

## SETTLEMENT AGREEMENT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of Justice, by and through their undersigned counsel, enter into this Settlement Agreement and Release (the "Agreement") as follows:

1. Defendant will pay Plaintiff $65,266.40 in full and complete satisfaction of any claim by Plaintiff for attorneys' fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA") in connection with the case of *CREW v. U.S. Department of Justice*, No. 19-cv-3626-DLF (D.D.C.) ("Case No. 19-cv-3626").  That payment will constitute full and final satisfaction of any and all of Plaintiff's claims for attorneys' fees, costs, and litigation expenses in Case No. 19-cv-3626, and is inclusive of any interest.

2. Defendant will pay the above amount by electronic funds transfer to an account at a financial institution designated in writing by counsel for Plaintiff, consistent with normal processing procedures followed by Defendant and the United States Department of the Treasury. Plaintiff's counsel will provide Defendant's counsel the bank routing and account information for the account to receive such payment.   After the parties' execution of this agreement, Defendant will promptly prepare and submit all required documentation to the Department of the Treasury for processing and disbursement of the payment set forth above.

3. Upon execution of this Agreement, Plaintiff releases and forever discharges Defendant and its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with Case No. 19-cv-3626. This release does not apply to any other litigation.

4. The parties acknowledge that this Agreement is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it will not be construed as evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Defendant regarding Plaintiff's entitlement to or eligibility for attorneys' fees and other litigation costs under the FOIA. This Agreement will not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

This agreement may be executed in counterparts on the parties' behalf by their attorneys of record, and is effective on the date by which both parties have executed this Agreement. Facsimiles and PDF versions of signatures will constitute acceptable, binding signatures for purposes of this Agreement.

SO STIPULATED AND AGREED this 25th day of September, 2024.

Dated: September 25, 2024                    Respectfully submitted,

*/s/ Colleen M. Campbell*                    BRIAN M. BOYNTON
Colleen M. Campbell                          Principal Deputy Assistant Attorney General

(D.C. Bar #219082; Bar ID CA00062)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
720-274-3155
colleen.campbell@wilmerhale.com

Ari Holtzblatt
(D.C. Bar #1009913)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6964
ari.holtzblatt@wilmerhale.com

Denis R. Hurley
(D.C. Bar #1723507)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
212-295-6472
denis.hurley@wilmerhale.com

Nikhel Sus
(D.C. Bar #1017937)
Citizens for Responsibility and Ethics in Washington
1331 F. St. NW, Suite 900
Washington, D.C., 20005
202-408-5565(t)
202-588-5020(f)
nsus@citizensforethics.org


*Counsel for Plaintiff*

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
DC Bar No. 1671667
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
E-mail: cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this brief with the Clerk of the Court through the CM/ECF system on September 25, 2024.  This system provided a copy to and effected service of this document on all parties.

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
Trial Attorney
